**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

IN RE: JOSEPH ANTHONY REYNA

25 **CIVIL** 9608 (LLS)

**JUDGMENT**

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 10, 2026, the Court has dismissed this action. The Court has denied Petitioner's attempt to seek relief, and thus, information, under Rule 27 of the Federal Rules of Civil Procedure because Petitioner cannot seek the relief he is seeking in this action. Accordingly, the Court denies all of Petitioner's pending motions and other requests for relief.

**Dated:** New York, New York
September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**